05-1765 UNA

Mr. Elbert McGinny
#04548000
United State Penitentiary
P.O. Box 7000
Florence, Co, 81226
11/13/05

Clerk Of The Court:
     This letter is in response to a memor-
andum I recieved from this Court stating
that this Court lacks jurisdiction to hear my
case. I had a jury trial in the D.C. Superior
Court, where I was found guilty. I filed a
2310 motion to that Court, it that Court al-
most 4 years to deny me, to deny my motion.
I appealed the decision to the D.C. Court of Appeals
where it was also denied. Now this Court tells
me that it lacks jurisdiction, that I have
no other recourse. If this Court does not have
jurisdiction, please tell me which Court does
I want to thank you for your assistance.


                    Yours Truly:
                    Elbert McGinney
                    #04548-000